DANA JONATHON NITZ
NEVADA BAR NO. 50
MICHAEL J. LIN
NEVADA BAR NO. 13711
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email:        dnitz@selmanlaw.com
              mlin@selmanlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY H. TRAN,<br><br>    Plaintiff,<br><br>v.<br><br>KWAMAINE JAMES LANE; LYFT, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2-20-cv-1548-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION AGAINST DEFENDANTS KWAMAINE JAMES LANE AND LYFT, INC., WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendants LYFT, INC. and KWAMAINE JAMES LANE (hereafter "Defendants"), by and through their counsel of record, SELMAN BREITMAN LLP; and Plaintiff TOMMY H. TRAN (hereafter "Plaintiff"), by and through his counsel of record, the RICHARD HARRIS LAW FIRM, as follows:

**WHEREAS** Plaintiff and Defendant stipulate as follows:

- Defendant Lyft, Inc. is dismissed with prejudice;[1]
- Defendant Kwamaine James Lane is dismissed with prejudice; and

---

[1]  Superseding ECF No. 13's stipulation without prejudice.

1

*Tran v. Lane et al.*
*Case No. 2-20-cv-1548-RFB-EJY*
*Stipulation and Order for Dismissal with Prejudice*

- Each Party shall bear their own fees, costs, and expenses.

| Respectfully submitted by: | Approved as to Form and Consent by: |
|---|---|
| SELMAN BREITMAN LLP | RICHARD HARRIS LAW FIRM |
| Dated this 13th day of January, 2021 | Dated this 13 day of January 2021 |
| | |
| DANA JONATHON NITZ | CRYSTAL Y. CASE |
| NEVADA BAR NO. 50 | NEVADA BAR NO. 14495 |
| MICHAEL J. LIN | 801 South Fourth Street |
| NEVADA BAR NO. 13711 | Las Vegas, Nevada 89101 |
| 3993 Howard Hughes Parkway, Suite 200 | Attorneys for Plaintiff Tommy H. Tran |
| Las Vegas, NV 89169-0961 | |
| Attorneys for Defendants | |

## ORDER

Based on the foregoing and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendant Lyft, Inc. is dismissed with prejudice;
2. Defendant Kwamaine James Lane is dismissed with prejudice;
3. This action is dismissed in its entirety; and
4. Each Party shall bear their own fees, costs, and expenses.

IT IS FURTHER ORDERED that [6] Motion to Dismiss; [11] Motion to Remand and [13] Stipulation and Order are DENIED as moot.

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 13th day of January, 2021.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that on the 13th day of January , a copy of **STIPULATION AND ORDER FOR DISMISSAL OF ACTION AGAINST DEFENDANTS KWAMAINE JAMES LANE AND LYFT, INC., WITH PREJUDICE** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

/s/ Carolyn R. Bott
CAROLYN R. BOTT
An Employee of Selman Breitman LLP

3

6007 48837 4811-2808-4435 .v1